

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00788-CV

**UNION PACIFIC RAILROAD COMPANY**,
Appellant

v.

Ann **BROWN** d/b/a Jay Construction,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVT001716D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's summary judgment order is AFFIRMED. Costs of appeal are assessed against appellant Union Pacific Railroad Company.

SIGNED December 19, 2018.

_____
Irene Rios, Justice